# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



MARY J. BROOKS

**JUDGMENT IN A CIVIL CASE**

v.

JO ANNE B. BARNHART
Commissioner of Social Security0

CASE NUMBER:   04-1299-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 08/12/05, the decision of the Commissioner is AFFIRMED and this case is hereby DISMISSED.

APPROVED:

_JAMES D. TODD (signature)_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                    THOMAS M. GOULD
                                    CLERK

___8/16/05___            BY: ___C. Heid___
DATE                          DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-17-05___.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:04-CV-01299 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Honorable James Todd
US DISTRICT COURT